STATE OF NEW JERSEY v. CHARLES NELSON.

March 30, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. KENNETH T. MARKS.

March 30, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES HEILIG.

March 30, 1971. Petition for certification denied.

TRANSAMERICA INSURANCE COMPANY, SUCCESSORS TO AMERICAN SURETY COMPANY OF NEW YORK v. PARKWOOD COMPANY, *ET AL.*

March 30, 1971. Petition for certification denied.

STEVEN E. SABLOFF, *ET AL.* v. YAMAHA MOTOR CO., LTD. *ET AL.* v. HARLEY DAVIDSON OF ESSEX.

March 30, 1971. Petition and cross petition for certification granted. (See 113 *N. J. Super.* 279.)

STATE OF NEW JERSEY v. JAMES EARL WILLIAMS.

March 30, 1971. Petition for certification granted. (See 112 *N. J. Super.* 563.)